Blanche Rath, Bernice Rath Stadler, and Loraine Hennessey, Plaintiffs-Appellees, v. William R. Schneider and Hurshel Johnson, Defendants-Appellants.

Gen. No. 10,501.

Puklin, Puklin, Nelson & Page, for appellants; Arthur L. Puklin, and John S. Page, of counsel; Beverly, Oddsen & West, for appellees; Charles G. Seidel, and John L. McNerney, of counsel. Opinion by JUSTICE DOVE. Not to be published in full. Opinion filed September 14, 1951; rehearing denied December 12, 1951; released for publication December 13, 1951.